SECURITY TRUST COMPANY OF ROCHESTER, as Executor, etc., v. BANK OF NIAGARA and Another. (Supreme Court, Appellate Division, Fourth Department. De-

cember, 1915.) Action upon the submission dismissed, without costs, for want of jurisdiction. Held, the submission does not contain an agreed statement of facts, as contrary inferences may be drawn from the facts stated therein. See Marx v. Brogan, 188 N. Y. 431, 81 N. E. 231, 11 Ann. Cas. 145. All concur.